UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE FARMER'S DOG, INC.,

                            Plaintiff,

           v.

MICHAEL GOLDMAN, and
MISSION A, INC. d/b/a TALLY'S RANCH,

                            Defendant.

**ORDER**

26 Misc. 209 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Plaintiff The Farmer's Dog, Inc. seeks leave to file under seal:  (1) portions of the Complaint; (2) Exhibits B, C, D, and E to the Complaint; and (3) portions of Exhibits A, F, Q, and R to the Complaint.  (Pltf. Request to Seal Br. (Dkt. No. 3-1) at 3-4)  Plaintiff contends these materials should be sealed because they contain "trade secret" information and "confidential business information" that "could cause commercial injury if disclosed."  (Id. at 3)

As to Paragraphs 40-41, 45, 69, 90-91, 95-96, 101-02, 148-150, 298, and 299 of the Complaint and Exhibits B, C, D, and E to the Complaint, the Court finds that these materials discuss or depict trade secret information.  Plaintiff has demonstrated that the disclosure of the "confidential research and development information, marketing plans," and "pricing information" contained in these paragraphs and exhibits could cause competitive harm by "potentially saving a competitor significant money and time" in developing, marketing, and pricing their product.  (Id. at 3-4)  Accordingly, as to this material, Plaintiff has met the standard for sealing set forth in Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119 (2d Cir. 2006), which requires balancing the presumption

of access to judicial documents with competing considerations, including the possibility of competitive harm from the disclosure of trade secret material.

As to the remaining material for which Plaintiff seeks sealing, Plaintiff's application is granted in part and denied in part.

Plaintiff's request to seal portions of Paragraph 17 of the Complaint, and to redact portions of Exhibits A, F, Q, and R, is granted as to the email addresses and physical addresses found in these materials. Such information is routinely sealed by courts in this District. See Farris v. Avon Prods., Inc., No. 23-CV-02023 (LAK)(SN), 2024 WL 4441811, at *4 (S.D.N.Y. Oct. 7, 2024) ("Typically, sealing of personal information 'such as the applicants' home addresses, personal phone numbers, and email addresses, that is not public' is warranted unless that information has bearing on issues before the court." (quoting Anderson v. New York City Health & Hosps. Corp., No. 16-cv-1051 (GBD)(KHP), 2020 WL 1047054, at *3 (S.D.N.Y. Mar. 4, 2020))).

As to Paragraphs 115-16, 175-179, 219-20, and 222, and the salary information set forth in Exhibit A, Plaintiff's request to seal is denied. As to this material Plaintiff has not made "a particular and specific demonstration of fact showing that disclosure would result in an injury sufficiently serious to warrant protection." In re Parmalat Sec. Litig., 258 F.R.D. 236, 244 (S.D.N.Y. 2009). Plaintiff argues only that "some of this information is protected by operation of contractual non-disclosure provisions" requiring that the transactions and dates of employment referenced in these excerpts from the Complaint and the salary information contained in Exhibit A be kept confidential. (Pltf. Request to Seal Br. (Dkt. No. 3-1) at 5) This is not sufficient to overcome the presumption of access to judicial documents. Accordingly, as to these

excerpts from the Complaint and Exhibit A to the Complaint, Plaintiff has failed to meet the <u>Lugosch</u> standard.  <u>Lugosh</u>, 435 F.3d at 119.

Consistent with this Order, Plaintiff may file a redacted version of the Complaint, file Exhibits B, C, D, and E under seal, and make appropriate redactions to Exhibits A, F, Q, and R.  Plaintiff will follow the instructions for filing under seal found in the Court's ECF Rules, Rule 6.14, and present the case initiating documents to the Clerk of Court in paper form.

The Clerk of Court is directed to close this case.

Dated: New York, New York
       May 28, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge
Part I